# THE MARKS LAW FIRM, P.C.

March 7, 2022

**MEMO ENDORSED**

<u>Via: ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_3/7/2022___

      **RE:**    <u>**Graciela Doncouse v. 1125 Kosher Deli Corp. et al**</u>
               Docket: 1:21-cv-9459-VEC

Dear Judge Caproni,

      Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for March 18, 2022 at 10:00am. To date, Defendant has not appeared, answered or otherwise moved in respect to the above referenced matter. Plaintiff is aware that there have been delays with service through the secretary of state. Therefore, Plaintiff requests thirty (30) days to make further attempts to contact defendant and make sure they are aware of this action. This is the first request of its kind.

      We thank you and the Court for its time and consideration on this matter.

                             Respectfully Submitted,

                             The Marks Law Firm, P.C.

                         By:_____
                               Bradly G. Marks

155 E 55th Street, Suite 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

The initial pretrial conference scheduled for March 18, 2022 is ADJOURNED *sine die*. Defendants must answer or otherwise respond to Plaintiff's complaint by **March 18, 2022**.

If Defendants fail to appear and respond by March 18, Plaintiff must apply for a default judgment against both Defendants, consistent with the procedures described in Attachment A to the Undersigned's Individual Practices by **March 30, 2022**, or the case will be dismissed for failure to prosecute. If Defendants appear by March 18, 2022, the Court will reschedule the initial pretrial conference.

In addition to relying on service through the Secretary of State, Plaintiff must, no later than **March 10, 2022**, attempt to serve: (1) a copy of the Complaint; and (2) this Order on Defendants directly and file proof on the docket.

SO ORDERED.

3/7/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE